**Order filed April 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00170-CV
_____

### TONYA M. LANCE, Appellant

### V.

### DONYEA D. BARFIELD, Appellee

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2005-33662**

## O R D E R

The notice of appeal in this case was filed February 26, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 24, 2020.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.